NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JOSE LEWIS BOSQUEZ, *Petitioner.*

No. 1 CA-CR 22-0360 PRPC
FILED 2-6-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2010-013094-001
The Honorable Roy C. Whitehead, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Julie A. Done, Kirsten Valenzuela
*Counsel for Respondent*

Zhivago Law, Phoenix
By Kerri M. Droban Zhivago
*Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Andrew M. Jacobs, Judge Jennifer M. Perkins, and Judge David D. Weinzweig delivered the following decision.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Jose Bosquez seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Bosquez's third petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and response. We find the petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:　AA